UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MIGUEL ANTONIO NARDELLA MAGO,

Petitioner,

v. Case No.: 2:26-cv-00278-SPC-NPM

HERMAN ROGERS *et al.*,

Respondents.
______________________________/

**OPINION AND ORDER**

Before the Court are Miguel Antonio Nardella Mago's Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act and, to the Extent Necessary, for Modification or Suspension of Local Rule 7.01(b) (Doc. 30) and the government's Motion to Hold EAJA Motion in Abeyance (Doc. 32). Nardella Mago is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The Court finds it appropriate to hold Nardella Mago's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 32) is **granted**, and Nardella Mago's motion (Doc. 30) is held in abeyance. If Nardella Mago believes he is

entitled to attorney fees under the EAJA following the Supreme Court's decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Nardella Mago files a renewed motion, the government shall respond within 14 days. If Nardella Mago does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record